UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Civil Action No.: 05- 11328-ACL |
| BOSTON SCIENTIFIC CORPORATION, | |
| Defendant. | |

**STIPULATION OF DISMISSAL**

Pursuant to the provisions of Fed. R. Civ .P. 41(a)(1)(ii), the UNITED STATES OF AMERICA, the Plaintiff herein, voluntarily dismisses with prejudice the above captioned action as to BOSTON SCIENTIFIC CORPORATION, the Defendant. Each party shall bear all of its own costs and attorneys' fees in connection with the action and all rights of appeal are waived.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| UNITED STATES OF AMERICA | BOSTON SCIENTIFIC CORPORATION |
| MICHAEL J. SULLIVAN | |
| United States Attorney | |
| By: /s/ Anton P. Giedt | /s/ Robert D. Keefe |
| Anton P. Giedt | Robert D. Keefe, Esquire |
| MA BBO No.: 563928 | MA BBO No.: 263760 |
| Assistant U.S. Attorneys | Wilmer Cutler Pickering Hale and Dorr |
| 1 Courthouse Way | 60 State Street |
| Boston, MA 02210 | Boston, Massachusetts 02109 |
| 617-748-3309 (Voice) | 617-526-6000 (Voice) |
| 617-748-3967 (Fax) | 617-526-5000 (Fax) |
| anton.giedt@usdoj.gov | robert.keefe@wilmerhale.com |

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                          Boston, Massachusetts
                                                      DATE: June 24, 2005

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Defendant's counsel of record by hand and electronically.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney

Robert D. Keefe, Esquire
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, Massachusetts 02109
617-526-6000 (Voice)
617-526-5000 (Fax)
robert.keefe@wilmerhale.com